Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Iva Keasey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Iva Keasey,<br><br>            Plaintiff,<br><br>      v.<br><br>Aetna Life Insurance Company; Southwest Airlines, Co.; Southwest Airlines, Co. Disability Plan,<br><br>            Defendants. | Case No.  2:15-cv-01058-DGC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 4th day of March, 2016.

SCOTT E. DAVIS, P.C.

*/s/ Scott E. Davis, Esq.*
Scott E. Davis, Esq.
Attorney for Plaintiff

-1-

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew G. Kleiner, Esq.
Gordon & Rees LLP
111 West Monroe Street
Suite 1600
Phoenix, AZ 85003

By: *Lisa L. Martinez*
*An employee of Scott E. Davis, P.C.*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Matthew G. Kleiner, Esq.
Gordon & Rees LLP
111 West Monroe Street
Suite 1600
Phoenix, AZ 85003

By: *Lisa L. Martinez*
*An employee of Scott E. Davis, P.C.*