Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Iva Keasey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Iva Keasey,<br><br>            Plaintiff,<br><br>       v.<br><br>Aetna Life Insurance Company; Southwest Airlines, Co.; Southwest Airlines, Co. Disability Plan,<br><br>            Defendants. | Case No.  2:15-cv-01058-DGC<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice.  Each side will bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 30th day of March, 2016.

*/s/ Matthew Kleiner, Esq.*           */s/ Scott E. Davis, Esq.*
Matthew Kleiner, Esq.                    Scott E. Davis, Esq.
Attorney for Defendants                 Attorney for Plaintiff

-1-