# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Iva Keasey,<br><br>          Plaintiff,<br><br>     v.<br><br>Aetna Life Insurance Company; Southwest Airlines, Co.; Southwest Airlines, Co. Disability Plan,<br><br>          Defendants. | Case No. CV15-1058-PHX DGC<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss.  Doc. 24.

**IT IS ORDERED** that the stipulation to dismiss (Doc. 24) is **granted.**  This matter is dismissed with prejudice.  Each side will bear its own attorney's fees and costs.

Dated this 30th day of March, 2016.

_____
David G. Campbell
United States District Judge